UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CHERYL M. McCAIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:08CV971-DJS |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

JUDGMENT

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of defendant Michael J. Astrue, Commissioner of Social Security, and against plaintiff Cheryl M. McCain, and that the final decision of the Commissioner of Social Security denying plaintiff's application for disability insurance benefits and for supplemental security income benefits under Titles II and XVI of the Social Security Act is affirmed.

Dated this ___14th___ day of September, 2009.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE